UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20234-CR-LENARD

**UNITED STATES OF AMERICA,**

v.

**ELON GARDINER,**

    Defendant.

_____/

**JUDGMENT ON REVOCATION OF SUPERVISED RELEASE**

    **THIS CAUSE** is before the Court following Defendant Elon Gardiner's final hearing on revocation of supervised release, held on December 13, 2023. Having heard the argument of counsel and being otherwise fully advised, the Court adopts and supplements its findings in open court and further

    **FINDS** that the Defendant has violated the terms and conditions of his supervised release as charged in Violations 1 and 2 of the Petition filed October 24, 2023, (D.E. 51.) It is therefore

    **ORDERED** that the Defendant's supervised release is **REVOKED**, and the Defendant is committed to the custody of the Bureau of Prisons for a period of **SIX MONTHS**, with no supervision to follow. The Defendant's sentence shall be consecutive to any sentence imposed in case number 23-cr-80192-RLR-1.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of December, 2023.

                                                         **JOAN A. LENARD**
                                                          UNITED STATES DISTRICT JUDGE